IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY GARBACZ, | : CIVIL NO.: 3:23-CV-01200 |
| Plaintiff, | : (Magistrate Judge Schwab) |
| v. | : |
| LM GENERAL INSURANCE COMPANY, | : |
| Defendant. | : |

## VERDICT

We, the jury, unanimously find the following by a preponderance of the evidence:

1. Was Dennis Foreman negligent?

    YES __X__   NO _____

    If your answer is "YES," go to Question 2.

    If your answer is "NO," Ms. Garbacz cannot recover, and you should not answer any further questions. Please notify the courtroom deputy that you have reached a verdict.

2. Was the negligence of Dennis Foreman a factual cause of any harm to Ms. Garbacz?

    YES __X__   NO _____

    If your answer is "YES," go to Question 3.

    If your answer is "NO," Ms. Garbacz cannot recover, and you should not answer any further questions. Please notify the courtroom deputy that you have reached a verdict.

3. Was Emily Garbacz negligent?

    YES __X__    NO _____

If your answer is "YES," go to Question 4.

If your answer is "NO," go to Question 6.

4. Was Emily Garbacz's negligence a factual cause of any harm to her?

    YES __X__    NO _____

If your answer is "YES," go to Question 5.

If your answer is "NO," go to Question 6.

5. Taking the combined negligence that was a factual cause of any harm to Emily Garbacz as 100 percent, what percentage of that negligence do you attribute to Emily Garbacz and what percentage do you attribute to Dennis Foreman?

| | |
|---|---|
| Percentage of negligence attributable to Emily Garbacz | _30_ % |
| Percentage of negligence attributable to Dennis Foreman | _70_ % |

                                                      Total: 100%

If you have found Emily Garbacz's percentage of negligence is greater than 50 percent, Emily Garbacz cannot recover, and you should not answer any further questions. Please notify the courtroom deputy that you have reached a verdict.

If you have found Emily Garbacz's percentage of negligence is not greater than 50 percent, go to Question 6.

6. Itemize the amount of damages sustained by Emily Garbacz as a result of this accident, without regard to and without reduction by the percentage of negligence that you have attributed to Emily Garbacz.

    (a) Future medical expenses:     $ 700,000.00

    (b) Past, present, and future pain and suffering, embarrassment and humiliation, and loss of enjoyment of life:     $ 500,000.00

    (c) Disfigurement     $ 300,000.00

PLEASE ALERT THE COURTROOM DEPUTY THAT YOU HAVE REACHED YOUR VERDICT.

DATE: Jan 30, 2025

[signature redacted]
Foreperson